**George F. PICKETT, John W. Beiser, et al., Plaintiffs–Appellees,**

v.

**ATLANTIC SOUTHEAST AIRLINES, INC., Defendant–Appellant.**

Nos. 08–11075, 08–12485.

United States Court of Appeals, Eleventh Circuit.

Feb. 4, 2009.

Jodi Emmert Zysek, Joel Marbury Rainer, Parker, Hudson, Rainer & Dobbs LLP, Atlanta, GA, Rodger M. Burge, Terry E. Welch, Parr Waddoups Brown Gee & Loveless, Salt Lake City, UT, for Defendant–Appellant.

J. Michael Lamberth, William Dale Matthews, Lamberth, Cifelli, Stokes & Stout, P.A., Gary D. Stokes, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., Atlanta, GA, for Plaintiffs–Appellees.

Before MARCUS, ANDERSON, and CUDAHY,* Circuit Judges.

PER CURIAM:

The only issues raised on appeal by appellant were disposed of in Part V of the district court's excellent Order dated February 27, 2008, concluding that the Final Amendment did not relieve ASA of its joint and several obligation to plaintiffs.

* Honorable Richard D. Cudahy, United States Circuit Judge for the Seventh Circuit, sitting

We affirm the judgment of the district court on the basis of Part V of that Order.

AFFIRMED.